**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HARRIS,<br><br>          Plaintiff(s),<br><br>     v.<br><br>ELEMENTIS GLOBAL LLC, a Delaware Limited Liability Company; and DOES 1-50, inclusive,<br><br>          Defendant(s). | CASE NO. 5:26−cv−00171−KK−DTB<br><br>Hon. Kenly Kiya Kato<br><br>~~PROPOSED~~ ORDER RE PLAINTIFF'S MOTION TO REMAND<br><br>Action Filed: November 3, 2025<br>Trial Date: TBD<br><br>[NOTE CHANGES BY COURT] |

The Court is in receipt of Plaintiff's Motion to Remand.  To date, Defendants have failed to file an opposition to the Motion.[1]  Thus, Defendant's failure to file an opposition is deemed consent to the granting of the Motion.  <u>see</u> Local Rule 7-12 ("The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting . . . of the motion.").

---

[1] Defendant's Opposition was due February 26, 2026. <u>See</u> C.D. Cal. Local Rule 7-9.

-1-
~~PROPOSED~~ ORDER RE PLAINTIFF'S MOTION TO REMAND

Accordingly, the Court hereby ORDERS as follows:

1. Plaintiff's Motion to Remand is **GRANTED**.

2. This action is REMANDED to San Bernardino Superior Court, Case No. CIVSB2532512, for all further proceedings.

3. The Clerk of Court is directed to transmit a certified copy of this Order to the Clerk of the San Bernardino Superior Court and to close this case.

4. ~~Pursuant to 28 U.S.C. § 1447(c), Plaintiff is awarded $_____ as reasonable costs and attorney's fees incurred as a result of the removal.~~

5. All pending motions are DENIED AS MOOT.

_____

**IT IS SO ORDERED.** (JS-6)

Date: February 27, 2026

_____

Hon. Kenly Kiya Kato

-2-
PROPOSED ORDER RE PLAINTIFF'S MOTION TO REMAND